MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):    DOUGLAS R. TOEPPER
JENNIFER L. TOEPPER

CASE NUMBER:    10-38829:

PLEASE CHECK ONE:

☒ UNCLAIMED DIVIDENDS

☐    DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Sun Dental<br>6041 Main St<br>PO Box 40<br>North Branch, MN  55056 | 2 | $124.34 | $3.26 |
| Maplewood Oral Surgery<br>9950 Valley Creek Rd., Ste 100<br>Woodbury, MN  55125 | 3 | $150.28 | $3.95 |

DATE 9/14/11

_____
TRUSTEE

DISTRIBUTION:
Original to Clerk of Court

NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

September 14, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:  DOUGLAS R. TOEPPER
     JENNIFER L. TOEPPER
     Bankruptcy Case No.: 10-38829
     Date of Filing: 12/13/10

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 115 in the amount of $7.21 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosures